AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Strand, Leonard T. | U.S. District Court, Northern District of Iowa | 4/20/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

320 Sixth Street, Room 104
Sioux City, IA 51101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strand, Leonard T. | 4/20/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Mercy Medical Center, Sioux City, Iowa. Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Iowa State Bar Association | Dec. 17-18, 2015 | Des Moines, IA | Speak at Annual Federal Practice Seminar | Lodging for one night |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient | Student loans for daughter's and son's college education | K |
| 2. | Nelnet | Student loans for son's college education | K |
| 3. | Chase Card Services | Credit Card - Paid in full each month | J |
| 4. | Citi Bank | Credit Card - Paid in full each month | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strand, Leonard T. | 4/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Simmons Perrine Moyer Bergman PLC 401(k) Profit Sharing Plan | C | Int./Div. | | | Closed | 05/14/15 | O | | |
| 2. | - Cohen & Steers Realty Shares Mutual Fund | | | | | Sold | 05/14/15 | K | | |
| 3. | - Delaware Diversified Income Fund | | | | | Sold | 05/14/15 | M | | |
| 4. | - DFA US Core Equity 1 | | | | | Sold | 05/14/15 | L | | |
| 5. | - Doubleline Total Return Bond Mutual Fund | | | | | Sold | 05/14/15 | M | | |
| 6. | - Doubleline Shiller Enhanced CAPE | | | | | Buy | 03/16/15 | L | | |
| 7. | - Doubleline Shiller Enhanced CAPE | | | | | Sold | 05/14/15 | L | | |
| 8. | - Intrepid Small Cap Mutual Fund | | | | | Sold | 05/14/15 | L | | |
| 9. | - Pioneer Fundamental Growth A Mutual Fund | | | | | Sold | 03/16/15 | L | | |
| 10. | - First Eagle Overseas A Mutual Fund | | | | | Sold | 05/14/15 | L | | |
| 11. | - Yacktman Focused Fund Service Mutual Fund | | | | | Sold | 05/14/15 | K | | |
| 12. | Fidelity IRA - Leonard Strand | E | Int./Div. | O | T | Open | 05/19/15 | O | | |
| 13. | - Fidelity Select Biotechnology Fund | | | | | Buy | 05/19/15 | M | | |
| 14. | - Fidelity Balanced Fund | | | | | Buy | 05/19/15 | M | | |
| 15. | - Fidelity Capital & Income Mutual Fund | | | | | Buy | 05/19/15 | M | | |
| 16. | - Fidelity Joint Investment Account | A | Int./Div. | K | T | Open | 11/13/15 | K | | |
| 17. | - iShares S&P 500 Growth ETF | | | | | Buy | 11/13/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - iShares S&P 500 Growth ETF | | | | | Buy | 12/03/15 | J | | |
| 19. Iowa 529 College Savings Plan Accounts | A | Int./Div. | K | T | | | | | |
| 20. - Vanguard Total Bond Market II Index Fund | | | | | | | | | |
| 21. - Vanguard Institutional Total Stock Market Index Fund | | | | | | | | | |
| 22. - Vanguard Total International Stock Index Fund | | | | | | | | | |
| 23. - Vanguard Total International Bond Index Fund | | | | | | | | | |
| 24. Fidelity IRA - Spouse | D | Int./Div. | M | T | | | | | |
| 25. - Fidelity Capital & Income Mutual Fund | | | | | | | | | |
| 26. T. Rowe Price Investment Account - Dependent Son | A | Int./Div. | J | T | Open | 09/10/15 | J | | |
| 27. - QM U.S. Small-Cap Growth Equity Fund | | | | | Buy | 09/10/15 | J | | |
| 28. Capitol One 360 Savings Account | A | Interest | K | T | | | | | |
| 29. Bankers Trust Checking & Savings Accounts | A | Interest | K | T | | | | | |
| 30. Higher One, Inc. New Haven, CT Student Checking Account | | None | J | T | | | | | |
| 31. Hills Bank Iowa City, IA Student Checking Account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strand, Leonard T. | 4/20/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Strand, Leonard T. | 4/20/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leonard T. Strand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544